UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALEB L. MCGILLVARY, | CASE NO. C22-5883 BHS |
| Plaintiff, | ORDER |
| v. | |
| LAMONT DORSEY, | |
| Defendant. | |

THIS MATTER is before the Court on pro se Plaintiff Caleb McGillvary's motion to seal, Dkt. 7, and his applications to proceed *in forma pauperis*, Dkts. 1 and 6. The Clerk informed McGillvary that his initial application was deficient, Dkts. 2 and 3, and in response he paid the filing fee and filed his complaint, Dkt. 4. McGillvary has since renewed his request to proceed *in forma pauperis*, Dkt. 6, and his filing includes what he contends is personal financial information. McGillvary asks the Court to file his *in forma pauperis* applications under seal to protect his privacy. Dkt. 7.

The motion to seal, Dkt. 7, is **GRANTED** and the Clerk shall place McGillvary's *in forma pauperis* applications, Dkts. 1 and 6, under seal.

ORDER - 1

1       To the extent it is still pending, McGillvary's application to proceed *in forma*

2 *pauperis*, Dkt. 6, is **DENIED as moot** because he already paid the filing fee.

3       IT IS SO ORDERED.

4       Dated this 11th day of January, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge