UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CALEB L. MCGILLVARY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>LAMONT DORSEY,<br><br>Defendant - Appellee. | No. 23-4041<br><br>D.C. No.<br>3:22-cv-05883-JNW<br><br>Western District of Washington,<br>Tacoma<br><br>MANDATE |

The judgment of this Court, entered October 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT